**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEREMIAH JOHNSON-EL,

                Plaintiff,

   -against-                                      24 **CIVIL** 3726 (PAE)(OTW)

                                                                 **JUDGMENT**

JIM OBROTKA,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2025, the Court dismisses, without prejudice, Johnson-El's complaint, for lack of subject-matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

       September 12, 2025

                                                             **TAMMI M. HELLWIG**

                                                                **Clerk of Court**

                                **BY:**        K. Mango

                                                                **Deputy Clerk**